September 6, 2023

_____

## DOCKET CORRECTION NOTICE
_____

No. 23-1890,     <u>Tamer Mahmoud v. Monifa McKnight</u>
                 8:23-cv-01380-DLB

       Brenda Wolff
       Shebra L. Evans
       Julie Yang
       Montgomery County Board of Education
TO:  Grace Rivera-Oven
       Karla  Silvestre
       Rebecca  Smondrowski
       Lynne Harris
       Monifa B. McKnight

FILING CORRECTION DUE:  September 11, 2023

Please make the correction identified below and file a corrected document by the date indicated.

[X] Incorrect event used. Please refile document using [Docketing statement objection/correction filed].

Rickie Edwards, Deputy Clerk
804-916-2702