# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 23-1890    Caption: Tamer Mahmoud v. Monifa McKnight

Argument Session For Which You Are Scheduled: December 5-8, 2023

Dates You Are Available To Argue in the Session (if any):

December 5, 6, and 8, 2023

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

N/A

Other Relevant Information:



Party(ies) You Represent:

Monifa B. McKnight, Montgomery County Board of Education, Shebra Evans, Lynne Harris, Grace Rivera-Oven, Karla Silvestre, Rebecca Smondrowski, Brenda Wolff, Julie Yang

| 09/28/2023 | /s/ Alan E. Schoenfeld |
|---|---|
| Date | Counsel Signature |

11/29/2021 SCC