# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

## DISCLOSURE STATEMENT

- In civil, agency, bankruptcy, and mandamus cases, a disclosure statement must be filed by **all** parties, with the following exceptions: (1) the United States is not required to file a disclosure statement; (2) an indigent party is not required to file a disclosure statement; and (3) a state or local government is not required to file a disclosure statement in pro se cases. (All parties to the action in the district court are considered parties to a mandamus case.)
- In criminal and post-conviction cases, a corporate defendant must file a disclosure statement.
- In criminal cases, the United States must file a disclosure statement if there was an organizational victim of the alleged criminal activity. (See question 7.)
- Any corporate amicus curiae must file a disclosure statement.
- Counsel has a continuing duty to update the disclosure statement.

No. __23-1890__     Caption: __Tamer Mahmoud, et al. v. Monifa B. McKnight, et al.__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__See attached list.__
(name of party/amicus)

who is __amici__, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO

2. Does party/amicus have any parent corporations?  ☑ YES ☐ NO
   If yes, identify all parent corporations, including all generations of parent corporations:

   Whitman-Walker Health Center, Inc. is the parent corporation of amicus curiae Whitman-Walker Institute.

   No other amicus has any parent corporation.

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity?  ☐ YES ☑ NO
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?  ☐ YES ☑ NO
If yes, identify entity and nature of interest:

5. Is party a trade association? (amici curiae do not complete this question)  ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding?  ☐ YES ☑ NO
If yes, the debtor, the trustee, or the appellant (if neither the debtor nor the trustee is a party) must list (1) the members of any creditors' committee, (2) each debtor (if not in the caption), and (3) if a debtor is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of the debtor.

7. Is this a criminal case in which there was an organizational victim?  ☐ YES ☑ NO
If yes, the United States, absent good cause shown, must list (1) each organizational victim of the criminal activity and (2) if an organizational victim is a corporation, the parent corporation and any publicly held corporation that owns 10% or more of the stock of victim, to the extent that information can be obtained through due diligence.

Signature: /s/ Karen L. Loewy            Date: October 30, 2023

Counsel for: Amici (see attached)

Print to PDF for Filing

# LIST OF AMICI CURIAE

- Lambda Legal Defense and Education Fund, Inc.
- GLBTQ Legal Advocates & Defenders
- National Center for Lesbian Rights
- Human Rights Campaign Foundation
- The Trevor Project, Inc.
- GLSEN, Inc.
- PFLAG, Inc.
- PFLAG Regional Chapters
    - Metro DC PFLAG
    - PFLAG Aiken
    - PFLAG Anderson
    - PFLAG Apex
    - PFLAG Charlotte
    - PFLAG Concord-Kannapolis
    - PFLAG Greensboro
    - PFLAG Greenville
    - PFLAG Hampton Roads
    - PFLAG Hickory NC
    - PFLAG Lexington NC
    - PFLAG Pawleys Island
    - PFLAG Salisbury
    - PFLAG Salisbury-Rowan
    - PFLAG Southern Maryland
    - PFLAG Southern Pines
    - PFLAG Spartanburg
    - PFLAG Statesville
    - PFLAG Triangle
- Equality North Carolina
- South Carolina Equality, Inc.
- MoCo Pride Center
- FCPS Pride
- Rainbow Youth Alliance (RYA)
- Supporting and Mentoring Youth Advocates and Leaders (SMYAL)
- Whitman-Walker Health
- Whitman-Walker Institute