UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** 23-1890 as

☐ Retained  ☐ Court-appointed(CJA)  ☐ CJA associate  ☐ Court-assigned(non-CJA)  ☐ Federal Defender

☑ Pro Bono  ☐ Government

COUNSEL FOR: (see attachment)

_____ as the
(party name)

☐ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☑ amicus curiae  ☐ intervenor(s)  ☐ movant(s)

/s/ Karen L. Loewy
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.**

| | |
|---|---|
| Karen L. Loewy | 202-804-6245 |
| Name (printed or typed) | Voice Phone |
| Lambda Legal Defense & Education Fund | |
| Firm Name (if applicable) | Fax Number |
| 1776 K Street, NW, 8th Floor | |
| Washington, DC 20006-2304 | kloewy@lambdalegal.org |
| Address | E-mail address (print or type) |

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

_____          _____
          Signature                                          Date

1/28/2020 SCC

Attachment to Appearance of Karen L. Loewy, Counsel for *Amici Curaie*

- Lambda Legal Defense and Education Fund, Inc.
- GLBTQ Legal Advocates & Defenders
- National Center for Lesbian Rights
- Human Rights Campaign Foundation
- The Trevor Project, Inc.
- GLSEN, Inc.
- PFLAG, Inc.
- PFLAG Regional Chapters
    - Metro DC PFLAG
    - PFLAG Aiken
    - PFLAG Anderson
    - PFLAG Apex
    - PFLAG Charlotte
    - PFLAG Concord-Kannapolis
    - PFLAG Greensboro
    - PFLAG Greenville
    - PFLAG Hampton Roads
    - PFLAG Hickory NC
    - PFLAG Lexington NC
    - PFLAG Pawleys Island
    - PFLAG Salisbury
    - PFLAG Salisbury-Rowan
    - PFLAG Southern Maryland
    - PFLAG Southern Pines
    - PFLAG Spartanburg
    - PFLAG Statesville
    - PFLAG Triangle
- Equality North Carolina
- South Carolina Equality, Inc.
- MoCo Pride Center
- FCPS Pride
- Rainbow Youth Alliance (RYA)
- Supporting and Mentoring Youth Advocates and Leaders (SMYAL)
- Whitman-Walker Health
- Whitman-Walker Institute