UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1890
(8:23-cv-01380-DLB)

_____

TAMER MAHMOUD; ENAS BARAKAT; JEFF ROMAN; SVITLANA ROMAN; CHRIS PERSAK; MELISSA PERSAK, in their individual capacities and ex rel. their minor children; KIDS FIRST, an unincorporated association

      Plaintiffs - Appellants

v.

MONIFA B. MCKNIGHT; SHEBRA EVANS; LYNNE HARRIS; GRACE RIVERA-OVEN; KARLA SILVESTRE; REBECCA SMONDROWSKI; BRENDA WOLFF; JULIE YANG; MONTGOMERY COUNTY BOARD OF EDUCATION

      Defendants - Appellees

------------------------------

DOUGLAS LAYCOCK, Professor; RICHARD W. GARNETT, Professor; HELEN M. ALVARE, Professor; THOMAS C. BERG, Professor; MICHAEL W. MCCONNELL, Professor; NICHOLAS BROWN; ZEINA EL DEBS; TIMOTHY JANSS; DAGMAR JANSS; STEPHANIE PATE; JEWISH COALITION FOR RELIGIOUS LIBERTY; COALITION OF VIRTUE; ISLAM AND RELIGIOUS FREEDOM ACTION TEAM; COALITION FOR JEWISH VALUES; COMMONWEALTH OF VIRGINIA AND 17 OTHER STATES; ETHICS AND PUBLIC POLICY CENTER; ERIC DEGROFF, Professor; COMMONWEALTH OF VIRGINIA AND 22 OTHER STATES; ADVANCING AMERICAN FREEDOM, INC.; PAUL TELLER; ALASKA FAMILY COUNCIL; AMERICAN FAMILY ASSOCIATION ACTION; AMERICAN VALUES; CATHOLIC VOTE; CENTER FOR POLITICAL RENEWAL; CHRISTIAN LAW ASSOCIATION; CHRISTIANS ENGAGED; EAGLE FORUM; FRONTLINE POLICY COUNCIL; IDAHO FAMILY POLICY CENTER; INTERNATIONAL CONFERENCE OF EVANGELICAL CHAPLAIN ENDORSERS; MISSOURI CENTER-RIGHT

COALITION; MINNESOTA FAMILY COUNCIL; MOMS FOR LIBERTY; NATIONAL ASSOCIATION OF PARENTS d/b/a PARENTSUSA; NEW JERSEY FAMILY FOUNDATION; NEW MEXICO FAMILY ACTION MOVEMENT; SETTING THINGS RIGHT; THE FAMILY FOUNDATION; THE JUSTICE FOUNDATION

    Amici Supporting Appellants

NATIONAL EDUCATION ASSOCIATION; MARYLAND STATE EDUCATION ASSOCIATION; MONTGOMERY COUNTY EDUCATION ASSOCIATION; PROFESSOR LAWRENCE G. SAGER; PROFESSOR NELSON TEBBE; PROFESSOR JUSTIN DRIVER; AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF MARYLAND; LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.; GLBTQ LEGAL ADVOCATES & DEFENDERS; NATIONAL CENTER FOR LESBIAN RIGHTS; HUMAN RIGHTS; CAMPAIGN FOUNDATION; THE TREVOR PROJECT, INC; GLSEN, INC.; PFLAG, INC.; PFLAG REGIONAL CHAPTERS; EQUALITY NORTH CAROLINA; SOUTH CAROLINA EQUALITY, INC.; MOCO PRIDE CENTER; FCPS PRIDE; RAINBOW YOUTH ALLIANCE; SUPPORTING AND MENTORING YOUTH ADVOCATES AND LEADERS; WHITMAN-WALKER HEALTH; WHITMAN-WALKER INSTITUTE; MARYLAND; MASSACHUSETTS, CALIFORNIA, CONNECTICUT; DELAWARE; THE DISTRICT OF COLUMBIA; HAWAII; ILLINOIS; MAINE; MICHIGAN; MINNESOTA; NEVADA; NEW YORK; NEW JERSEY; OREGON; PENNSYLVANIA; RHODE ISLAND; VERMONT; WASHINGTON

    Amici Supporting Appellees

---

# M A N D A T E

---

The judgment of this court, entered May 15, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                */s/Nwamaka Anowi, Clerk*